UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| ANTINETTE BENSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| SECURITAS SECURITY SERVICES, | ) | 5:23-CV-49-BO-BM |
| | ) | |
| Defendants. | ) | |
| | ) | |

**Decision by Court.**
This cause comes before the Court on defendant's motion to dismiss plaintiff's amended complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Plaintiff has responded, defendant has replied, and the motion is ripe for ruling.

**IT IS ORDERED, ADJUDGED AND DECREED** that defendant's motion to dismiss [DE 17] is GRANTED. Plaintiffs amended complaint [DE 16] is DISMISSED.

This case is closed.

**This judgment filed and entered on September 19, 2024, and served on:**
Antinette Benson (via US Mail to 1105 Falcon Ridge Ln., Morrisville, NC 27560)
Paul S. Holscher (via CM/ECF NEF)


September 19, 2024

PETER A. MOORE, JR., CLERK

 /s/ Lindsay Stouch
By: Deputy Clerk